**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **INMOBILIARIA BAFCO, INC.** | |
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0660363** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **METRO OFFICE PARK**<br>**CALLE 1  #7 SUITE 204**<br>**GUAYNABO, PR 00968**<br>Number, Street, City, State & ZIP Code | **PO BOX 11930**<br>**SAN JUAN, PR 00922**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **GUAYNABO**<br>County | Location of principal assets, if different from principal place of business<br>**CALLE 2  #14**<br>**METRO OFFICE PARK GUAYNABO, PR 00968**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **INMOBILIARIA BAFCO, INC.**                                          Case number *(if known)* _____
          _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    1120

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor   **INMOBILIARIA BAFCO, INC.**

Name                                                                    Case number (*if known*) _____

**11. Why is the case filed in this district?**   *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other

**Where is the property?** _____
                                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

            Contact name   _____

            Phone   _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **INMOBILIARIA BAFCO, INC.**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2016**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**FERNANDO BATLLE**
Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **April  1, 2016**
MM / DD / YYYY

**CARMEN D. CONDE TORRES**
Printed name

**C. CONDE & ASSOC.**
Firm name

**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
Number, Street, City, State & ZIP Code

Contact phone   **787-729-2900**      Email address _____

**207312**
Bar number and State

CORPORATE RESOLUTIONS
OF THE BOARD OF DIRECTORS OF
INMOBILIARIA BAFCO, INC.

I, Mario M. Oronoz, of legal age, married, an attorney and Secretary of Inmobiliaria Bafco, Inc., and resident of Guaynabo, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting held on March 13, 2016, at which the required quorum was present, the Board of Directors of Inmobiliaria Bafco, Inc., was authorized to file a bankruptcy petition under the provisions of Capter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That the Board of Directors agreed that filing of bankruptcy of proceedings under Chapter 11 of the Federal Bankruptcy Law was approved.

4. That it was also agreed that the services of attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Fernando Batlle, president of Inmobiliaria Bafco, Inc., will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and to represent the company in any other matter and/or documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 30th day of March, 2016.

INMOBILIARIA BAFCO, INC.

BY: _____
Mario M. Oronoz
Secretary

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **INMOBILIARIA BAFCO, INC.**

Debtor(s)

Case No.

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ........................................................... $ _____

Prior to the filing of this statement I have received ........................................... $ _____

Balance Due ......................................................................................................... $ _____

☑   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................. $   **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of ..................... $   **0.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $   **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑   Debtor        ☐   Other (specify):

4.   The source of compensation to be paid to me is:

☑   Debtor        ☐   Other (specify):

5.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]
     **ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:**
     **$300.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;**
     **$275.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;**
     **$250.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;**
     **$150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR ACCOUNTING ANALYST PLUS COST AND EXPENSES.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **INMOBILIARIA BAFCO, INC.**                                   Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  1, 2016**
_____
*Date*

**CARMEN D. CONDE TORRES 207312**
_____
*Signature of Attorney*
**C. CONDE & ASSOC.**
**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
**787-729-2900   Fax: 787-729-2203**
*Name of law firm*

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | INMOBILIARIA BAFCO, INC. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AWS CARIBBEAN UNKNOWN | | RENT DEPOSIT | | | | $11,990.33 |
| COR VEL HEALTH CORP. METRO OFFICE PARK CALLE 2  #14 SUITE 101 GUAYNABO, PR 00968 | | ADVANCE RENT | | | | $5,979.46 |
| CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | | REAL PROPERTY TAX (2ND SEMESTER) | | | | $43,177.38 |
| DELTA DENTAL OF PR, INC. METRO OFFICE PARK CALLE 2  #14 SUITE 200 GUAYNABO, PR 00968 | | RENT DEPOSIT | | | | $9,040.21 |
| FLUOR DANIEL CARIBBEAN, INC METRO OFFICE PARK CALLE 2 #14 SUITE 500 GUAYNABO, PR 00968 | | ADVANCE RENT | | | | $27,196.07 |
| INOVALON 4321 COLLINGTON ROAD BOWIE, MD 20716 | | RENT DEPOSIT | | | | $3,793.64 |
| MARKUP LANGUAGE DEVLMET. UNKNOWN | | RENT DEPOSIT | | | | $2,021.98 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **INMOBILIARIA BAFCO, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MEDDEV TECHNOLOGIES 1353 AVE. LUIS VIGOREAUX PMB 392 GUAYNABO, PR 00966 | | RENT DEPOSIT | | | | $930.37 |
| MILLER COORS PR, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 300 GUAYNABO, PR 00968 | | ADVANCE RENT | | | | $15,170.28 |
| ONESOURCE FACILITY SERV. PO BOX 935457 ATLANTA, GA 31193-5457 | | JANITORIAL SERVICES | | | | $15,193.54 |
| PHARMACEUTICAL IND. ASSOC. OF PR, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 350 GUAYNABO, PR 00968 | | RENT DEPOSIT | | | | $2,370.65 |
| PREPA PO BOX 363508 SAN JUAN, PR 00936-3508 | | ELECTRICITY BILL | | | | $44,710.87 |
| RCM TECHNOLOGIES, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 320 GUAYNABO, PR 00968 | | RENT DEPOSIT | | | | $4,143.19 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### District of Puerto Rico

In re    __INMOBILIARIA BAFCO, INC.__                                   Case No. _____

                                   Debtor(s)            Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 1, 2016**                          Signature                                

                                                 FERNANDO BATLLE

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Puerto Rico

In re    INMOBILIARIA BAFCO, INC.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   INMOBILIARIA BAFCO, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  1, 2016

Date

CARMEN D. CONDE TORRES 207312

Signature of Attorney or Litigant

Counsel for   INMOBILIARIA BAFCO, INC.

C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900 Fax:787-729-2203

**Fill in this information to identify the case:**

Debtor name    INMOBILIARIA BAFCO, INC.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2016      X _____
                                 Signature of individual signing on behalf of debtor

                                   **FERNANDO BATLLE**
                                   Printed name

                                   **PRESIDENT**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **INMOBILIARIA BAFCO, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $     **12,730,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $     **680,197.75**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     **13,410,197.75**

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **11,872,005.72**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $     **43,177.38**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **142,540.59**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b                        $     **12,057,723.69**

| Fill in this information to identify the case: |
|---|

Debtor name  **INMOBILIARIA BAFCO, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                                    Current value of
                                                                                                              debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANCO POPULAR DE PR - ACCT# 131-407929 VALENCIA PARK BRANCH GUAYNABO, PR (OPERATING ACCOUNT) | GENERAL CORP. ACCOUNT | 7929 | $151,243.37 |
| 3.2. | BANCO POPULAR DE PR - ACCT# 165-252162 VALENCIA PARK BRANCH GUAYNABO, PR (RENT INCOME & BUILDING OPERATION ACCOUNT) | BUILDING OPERATING ACCOUNT | 2162 | $438,826.20 |

4.  Other cash equivalents *(Identify all)*

5.  Total of Part 1.

 Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $590,069.57

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  Deposits, including security deposits and utility deposits
 Description, including name of holder of deposit

Debtor    **INMOBILIARIA BAFCO, INC.**                          Case number *(if known)* _____
          Name

|       | UNIVERSAL INSURANCE COMPANY | |
|-------|-----------------------------|---|
| 7.1.  | PREPA - BOND# 52547         | $63,000.00 |

|       | UNIVERSAL INSURANCE COMPANY | |
|-------|-----------------------------|---|
| 7.2.  | PRASA - BOND# 52546         | $1,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

|       | MAPFRE | |
|-------|--------|---|
| 8.1.  | (PROPERTY INSURANCE | $5,486.75 |

9.    **Total of Part 2.**                                      | $69,486.75 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11b. Over 90 days old:      20,641.43      -      0.00      =....      | $20,641.43 |
                              face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                      | $20,641.43 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the Information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **INMOBILIARIA BAFCO, INC.** _____  Case number *(if known)* _____
Name

☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  FIVE STORY CONCRETE & STEEL JOIST BUILDING PLOT OF LAND #14 WITH 7,811.625 SQMTS AT METRO OFFICE PARK PARKSIDE OFFICE BUILDING STREET 2 PUEBLO VIEJO WARD GUAYNABO, PR | FEE SIMPLE | $0.00 | Appraisal | $12,730,000.00 |

56.   **Total of Part 9.**                                                                                           | $12,730,000.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    __INMOBILIARIA BAFCO, INC._____    Case number *(If known)* _____
                Name

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor      **INMOBILIARIA BAFCO, INC.**                                Case number *(if known)* _____
                        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $590,069.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $69,486.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,641.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $12,730,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $680,197.75 | + 91b. $12,730,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,410,197.75 |

**Fill in this information to identify the case:**

Debtor name   **INMOBILIARIA BAFCO, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| **2.1**   **BANCO POPULAR DE PR** | | |
|---|---|---|

**2.1   BANCO POPULAR DE PR**
Creditor's Name

Describe debtor's property that is subject to a lien

**FIVE STORY CONCRETE & STEEL JOIST BUILDING**
**PLOT OF LAND #14 WITH 7,811.625 SQMTS AT**
**METRO OFFICE PARK**
**PARKSIDE OFFICE BUILDING**
**STREET 2**
**PUEBLO VIEJO WARD**
**GUAYNABO, PR**

Column A: **$10,170,766.69**
Column B: **$12,730,000.00**

**PO BOX 362708**
**SAN JUAN, PR 00936-2708**
Creditor's mailing address

Describe the lien
**LOAN**
Is the creditor an insider or related party?
☑ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2012**
Last 4 digits of account number
**9002**

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BANCO POPULAR DE PR**
**2. BANCO POPULAR DE PR**
**3. BANCO POPULAR DE PR**

| **2.2**   **BANCO POPULAR DE PR** | Describe debtor's property that is subject to a lien | **$1,568,806.37** | **$12,730,000.00** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **INMOBILIARIA BAFCO, INC.**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **FIVE STORY CONCRETE & STEEL JOIST BUILDING**<br>**PLOT OF LAND #14 WITH 7,811.625 SQMTS AT**<br>**METRO OFFICE PARK**<br>**PARKSIDE OFFICE BUILDING**<br>**STREET 2**<br>**PUEBLO VIEJO WARD**<br>**GUAYNABO, PR** |

**PO BOX 362708**
**SAN JUAN, PR 00936-2708**
Creditor's mailing address

Describe the lien
**LOAN**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9003**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **BANCO POPULAR DE PR** | Describe debtor's property that is subject to a lien | $132,432.66 | $12,730,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **FIVE STORY CONCRETE & STEEL JOIST BUILDING**<br>**PLOT OF LAND #14 WITH 7,811.625 SQMTS AT**<br>**METRO OFFICE PARK**<br>**PARKSIDE OFFICE BUILDING**<br>**STREET 2**<br>**PUEBLO VIEJO WARD**<br>**GUAYNABO, PR** | | |

**SPECIAL LOAN DIVISION**
**PO BOX 70354**
**SAN JUAN, PR 00936-8354**
Creditor's mailing address

Describe the lien
**MORTGAGE LOAN INTEREST**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
**2012**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9002**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No

☐ Contingent
☐ Unliquidated
■ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$11,872,005. 72** |

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **INMOBILIARIA BAFCO, INC.** | Case number (if know) | |
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **PIETRANTONI MENDEZ & ALVAREZ, LLC**<br>**BANCO POPULAR CENTER  PISO 19**<br>**208 PONCE DE LEON AVE.**<br>**SAN JUAN, PR 00918** | Line  2.1 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INMOBILIARIA BAFCO, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,177.38 | $43,177.38 |
| | Date or dates debt was incurred<br>**2015-2016** | Basis for the claim:<br>**REAL PROPERTY TAX**<br>**(2ND SEMESTER)** | | |
| | Last 4 digits of account number **9000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**DEPARTAMENTO DE HACIENDA**<br>**PO BOX 9024140**<br>**SAN JUAN, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **INMOBILIARIA BAFCO, INC.**                          Case number (if known)

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**DEPARTAMENTO DE JUSTICIA DE PR**
**FEDERAL LITIGATION DIVISION**
**PO BOX 9020192**
**SAN JUAN, PR 00902-0192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**IRS**
**CITIVIEW PLAZA NO II**
**48 CARR 165 SUITE 2000**
**GUAYNABO, PR 00968-8000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**IRS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**US DEPARTAMENT OF JUSTICE**
**950 PENNSYLVANIA AVE., NW**
**WASHINGTON, DC 20530-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **INMOBILIARIA BAFCO, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** Nonpriority creditor's name and mailing address

**AWS CARIBBEAN**
**UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT DEPOSIT**

Is the claim subject to offset? ☐ No ☐ Yes

$11,990.33

---

**3.2** Nonpriority creditor's name and mailing address

**COR VEL HEALTH CORP.**
**METRO OFFICE PARK**
**CALLE 2 #14 SUITE 101**
**GUAYNABO, PR 00968**

Date(s) debt was incurred  **2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ADVANCE RENT**

Is the claim subject to offset? ☐ No ☐ Yes

$5,979.46

---

**3.3** Nonpriority creditor's name and mailing address

**DELTA DENTAL OF PR, INC.**
**METRO OFFICE PARK**
**CALLE 2 #14 SUITE 200**
**GUAYNABO, PR 00968**

Date(s) debt was incurred  **2006**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT DEPOSIT**

Is the claim subject to offset? ☐ No ☐ Yes

$9,040.21

---

**3.4** Nonpriority creditor's name and mailing address

**FLUOR DANIEL CARIBBEAN, INC**
**METRO OFFICE PARK**
**CALLE 2 #14 SUITE 500**
**GUAYNABO, PR 00968**

Date(s) debt was incurred  **2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ADVANCE RENT**

Is the claim subject to offset? ☐ No ☐ Yes

$27,196.07

---

**3.5** Nonpriority creditor's name and mailing address

**INOVALON**
**4321 COLLINGTON ROAD**
**BOWIE, MD 20716**

Date(s) debt was incurred  **2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT DEPOSIT**

Is the claim subject to offset? ☐ No ☐ Yes

$3,793.64

---

**3.6** Nonpriority creditor's name and mailing address

**MARKUP LANGUAGE DEVLMET.**
**UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT DEPOSIT**

Is the claim subject to offset? ☐ No ☐ Yes

$2,021.98

---

**3.7** Nonpriority creditor's name and mailing address

**MEDDEV TECHNOLOGIES**
**1353 AVE. LUIS VIGOREAUX**
**PMB  392**
**GUAYNABO, PR 00966**

Date(s) debt was incurred  **2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT DEPOSIT**

Is the claim subject to offset? ■ No ☐ Yes

$930.37

---

Debtor   **INMOBILIARIA BAFCO, INC.**                                       Case number (if known) _____
         Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,170.28 |

**MILLER COORS PR, INC.**
**METRO OFFICE PARK**
**CALLE 2  #14  SUITE 300**
**GUAYNABO, PR 00968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2014_

Basis for the claim:  **ADVANCE RENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,193.54 |

**ONESOURCE FACILITY SERV.**
**PO BOX 935457**
**ATLANTA, GA 31193-5457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2015_

Basis for the claim:  **JANITORIAL SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.65 |

**PHARMACEUTICAL IND. ASSOC. OF PR,**
**INC.**
**METRO OFFICE PARK**
**CALLE 2  #14  SUITE  350**
**GUAYNABO, PR 00968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2013_

Basis for the claim:  **RENT DEPOSIT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,710.87 |

**PREPA**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2015_

Basis for the claim:  **ELECTRICITY BILL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,143.19 |

**RCM TECHNOLOGIES, INC.**
**METRO OFFICE PARK**
**CALLE 2  #14  SUITE 320**
**GUAYNABO, PR 00968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2013_

Basis for the claim:  **RENT DEPOSIT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 43,177.38 |
| 5b. Total claims from Part 2 | 5b. + $ | 142,540.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 185,717.97 |

**Fill in this information to identify the case:**

Debtor name **INMOBILIARIA BAFCO, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $10,630.67 / MONTH | |
| | State the term remaining | APRIL, 2020 | BBDO METRO OFFICE PARK CALLE 2 #14 SUITE 400 GUAYNABO, PR 00968 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $1,549.64 / MONTH | |
| | State the term remaining | APRIL, 2017 | BORINQUE CONTAINER CORP. PO BOX 145170 ARECIBO, PR 00614-5170 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $3,659.50 / MONTH | |
| | State the term remaining | JANUARY, 2017 | COR VEL METRO OFFICE PARK CALLE 2 #14 SUITE 101 GUAYNABO, PR 00968 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $19,413.00 / MONTH | |
| | State the term remaining | JUNE, 2016 | DELTA DENTAL OF PR, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 200 GUAYNABO, PR 00968 |
| | List the contract number of any government contract | | |

Debtor 1    **INMOBILIARIA BAFCO, INC.**                          Case number *(if known)* _____

     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE $15,494.88 / MONTH**

State the term remaining — **MARCH, 2018**

List the contract number of any government contract — _____

**FLUOR DANIEL CARIBBEAN, INC.**
**METRO OFFICE PARK**
**CALLE 2  #14 SUITE 500**
**GUAYNABO, PR 00968**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE $2,097.33 / MONTH**

State the term remaining — **OCTOBER, 2018**

List the contract number of any government contract — _____

**INOVALON**
**4321 COLLINGTON ROAD**
**BOWIE, MD 20716**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE $970.38 / MONTH**

State the term remaining — **SEPTEMBER, 2016**

List the contract number of any government contract — _____

**JI COMMUNICATION, INC.**
**METRO OFFICE PARK**
**CALLE 2  #14**
**GUAYNABO, PR 00968**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **PARKING SPACE LEASE $560.00 / MONTH**

State the term remaining —

List the contract number of any government contract — _____

**LIFE LINK FOUNDATION, INC.**
**METRO OFFICE PARK**
**CALLE 1  #1  SUITE 100**
**GUAYNABO, PR 00968**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE $684.25 / MONTH**

State the term remaining — **YEAR TO YEAR**

List the contract number of any government contract — _____

**MARIO M. ORONOZ**
**METRO OFFICE PARK**
**CALLE 2  #14 SUITE 305**
**GUAYNABO, PR 00968**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE $3,476.50 / MONTH**

State the term remaining — **JULY, 2017**

List the contract number of

**MCGRAW-HILL INTERAMERICANA**
**METRO OFFICE PARK**
**CALLE 2  #14  SUITE 100**
**GUAYNABO, PR 00968**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1  **INMOBILIARIA BAFCO, INC.**                                    Case number *(if known)* _____
First Name        Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

any government contract

---

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE $957.00 / MONTH** | |
|---|---|---|---|
| | State the term remaining | **JUNE, 2018** | **METRO OFFICE PARK PROPERTY OWNERS ASSOC. METRO OFFICE PARK CALLE 2  #14  SUITE 324 GUAYNABO, PR 00968** |
| | List the contract number of any government contract | | |

---

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE $10,820.35 / MONTH** | |
|---|---|---|---|
| | State the term remaining | | **MILLER COORS PR, INC. METRO OFFICE PARK CALLE 2  #14  SUITE 300 GUAYNABO, PR 00968** |
| | List the contract number of any government contract | | |

---

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE $1,033.50 / MONTH** | |
|---|---|---|---|
| | State the term remaining | | **NOVO NORDISK METRO OFFICE PARK CALLE 2  #14  SUITE  212 GUAYNABO, PR 00968** |
| | List the contract number of any government contract | | |

---

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **BUILDING ADMINISTRATION AGREEMENT $2,250.00 / MONTH** | |
|---|---|---|---|
| | State the term remaining | | **OMNI REALTY PARTNERS CORP. METRO OFFICE PARK CALLE 2  #14  SUITE 305 GUAYNABO, PR 00968** |
| | List the contract number of any government contract | | |

---

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **JANITORIAL SERVICE AGREEMENT $7,596.77 / MONTH** | |
|---|---|---|---|
| | State the term remaining | | **ONE SOURCE FACILITY SERVICES, INC. ROAD #189  KM. 3.3  BO. RINCON TURABO IND. PARK  LOT 2B GURABO, PR 00778** |
| | List the contract number of any government contract | | |

---

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **MAINTENANCE AGREEMENT** | **PARCOM PO BOX 466 BAYAMON, PR 00960-0466** |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  __INMOBILIARIA BAFCO, INC.__                                    Case number (*if known*) _____

       First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract  _____

---

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $1,253.75 / MONTH | |
|---|---|---|---|
| | State the term remaining | | PHARMACEUTICAL IND. ASSOC. OF PR, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 350 GUAYNABO, PR 00968 |
| | List the contract number of any government contract | | |

---

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $1,993.00 / MONTH | |
|---|---|---|---|
| | State the term remaining | | RCM TECHNOLOGIES, INC. METRO OFFICE PARK CALLE 2 #14 SUITE 320 GUAYNABO, PR 00968 |
| | List the contract number of any government contract | | |

---

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | PARKING SPACE LEASE | |
|---|---|---|---|
| | State the term remaining | | REGUS BUSINESS CENTRE OF PR., INC. METRO OFFICE PARK CALLE 1 #7 SUITE 204 GUAYNABO, PR 00968-1705 |
| | List the contract number of any government contract | | |

---

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | AIR CONDITIONING MAINTENANCE AGREEMENT $810.00 / MONTH | |
|---|---|---|---|
| | State the term remaining | | SAMUEL FLORES A/C HC-01 BOX 11060 CAROLINA, PR 00987 |
| | List the contract number of any government contract | | |

---

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE $1,611.00 / MONTH | |
|---|---|---|---|
| | State the term remaining | MARCH, 2016 | SCIENTIFIC GAMES EL MUNDO OFFICE BUILDING 383 AVE. F.D. ROOSEVELT SUITE 109 SAN JUAN, PR 00918 |
| | List the contract number of any government contract | | |

---

Debtor 1    **INMOBILIARIA BAFCO, INC.**                                                                Case number *(if known)*  _____
                   First Name            Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **SKY ELECTRICAL & MAINTENANCE SERV., INC.** **PO BOX 6293** |
| | List the contract number of any government contract | | **CAGUAS, PR 00726** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **THYSSEN KRUPP ELEVATOR AMERICAS** **CARR #1 KM. 25.5 CAMINOS LOS NAVARROS** **BO. QUEBRADA ARENAS** |
| | List the contract number of any government contract | | **CAGUAS, PR 00725** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **UNIVERSAL EQUIPMENT SALES & SERVICES** **PO BOX 194048** |
| | List the contract number of any government contract | | **SAN JUAN, PR 00919-4048** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE** **$1,706.29 / MONTH** | |
|---|---|---|---|
| | State the term remaining | **JULY, 2019** | **WARNER BROS., INC.** **METRO OFFICE PARK** **CALLE 2  #14  SUITE 105** |
| | List the contract number of any government contract | | **GUAYNABO, PR 00968** |

**Fill in this information to identify the case:**

Debtor name  **INMOBILIARIA BAFCO, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | DIEGO CHEVERE | MANSIONES DE TINTILLO HILLS 12  CALLE 3 GUAYNABO, PR 00966 | BANCO POPULAR DE PR | ☑ D   **2.1** ☐ E/F ____ ☐ G ____ |
| 2.2 | DIEGO CHEVERE | MANSIONES DE TINTILLO HILLS 12  CALLE 3 GUAYNABO, PR 00966 | BANCO POPULAR DE PR | ☑ D   **2.2** ☐ E/F ____ ☐ G ____ |
| 2.3 | FERNANDO BLATLLE | COND PLAZA ATHENEE 101  AVE. ORTEGON  APT# 301 GUAYNABO, PR 00966 | BANCO POPULAR DE PR | ☑ D   **2.1** ☐ E/F ____ ☐ G ____ |
| 2.4 | FERNANDO BLATLLE | COND PLAZA ATHENEE 101  AVE. ORTEGON  APT# 301 GUAYNABO, PR 00966 | BANCO POPULAR DE PR | ☑ D   **2.2** ☐ E/F ____ ☐ G ____ |

Debtor    **INMOBILIARIA BAFCO, INC.**                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                          *Column 2:* Creditor

| 2.5 | **MARGARITA TORO DE FIGUEROA** | **URB. TORRIMAR 10 - 29  PASEO ALHAMBRA GUAYNABO, PR 00966** | **BANCO POPULAR DE PR** | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.6 | **MARGARITA TORO DE FIGUEROA** | **URB. TORRIMAR 10 - 29  PASEO ALHAMBRA GUAYNABO, PR 00966** | **BANCO POPULAR DE PR** | ■ D   2.2 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | **MARIO M. ORONOZ** | **URB. TORRIMAR K-4  BAMBOO DRIVE GUAYNABO, PR 00966** | **BANCO POPULAR DE PR** | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | **MARIO M. ORONOZ** | **URB. TORRIMAR K-4  BAMBOO DRIVE GUAYNABO, PR 00966** | **BANCO POPULAR DE PR** | ■ D   2.2 <br> ☐ E/F ____ <br> ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    INMOBILIARIA BAFCO, INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  1/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other  **FINANCIAL STATEMENT** | $1,609,371.00 |
| **For year before that:**<br>From  1/01/2014 to 12/31/2014 | ☐ Operating a business<br>■ Other  **FINANCIAL STATEMENT** | $1,774,631.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    SEE EXH 1 SOFA |  | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **INMOBILIARIA BAFCO, INC.** _____   Case number (if known) _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **FERNANDO BATLLE**<br>**COND. PLAZA ATHENEE**<br>**101 AVE. ORTEGON  APT# 301**<br>**GUAYNABO, PR 00966**<br>**PRESIDENT** | 04/20/2015 | $30,000.00 | **PROFIT DISTRIBUTION TO SHARE HOLDERS** |
| 4.2. **MARGARITA TORO DE FIGUEROA**<br>**URB. TORRIMAR**<br>**10 - 29 PASEO ALHAMBRA**<br>**GUAYNABO, PR 00966**<br>**VICE-PRESIDENT** | 04/20/2015 | $30,000.00 | **PROFIT DISTRIBUTION TO SHARE HOLDERS** |
| 4.3. **MARIO ORONOZ**<br>**URB. TORRIMAR**<br>**K-4 BAMBOO DRIVE**<br>**GUAYNABO, PR 00966**<br>**SECRETARY** | 04/20/2015 | $30,000.00 | **PROFIT DISTRIBUTION TO SHARE HOLDERS** |
| 4.4. **DIEGO CHEVERE**<br>**MANSIONES DE TINTILLO HILLS**<br>**12  CALLE 3**<br>**GUAYNABO, PR 00966**<br>**TREASURER** | 04/20/2015 | $30,000.00 | **PROFIT DISTRIBUTION TO SHARE HOLDERS** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | INMOBILIARIA BAFCO, INC. | Case number *(if known)* |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BANCO POPULAR DE PR V.<br>INMOBILIARIA BAFCO, INC., ET ALS.<br>DCD 2016-0578 | COLLECTION OF MONEY & FORECLOSURE | TRIBUNAL DE BAYAMON<br>PO BOX 60619<br>BAYAMON, PR 00960-0619 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | C. CONDE & ASSOC.<br>254 SAN JOSE STREET<br>5TH FLOOR<br>SAN JUAN, PR 00901-1523 | | | $15,000.00 |
| | Email or website address<br>condecarmen@condelaw.com | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **INMOBILIARIA BAFCO, INC.** | Case number *(if known)* |
|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | INMOBILIARIA BAFCO, INC. | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **INMOBILIARIA BAFCO, INC.**                              Case number *(if known)*

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **EDUARDO FADHEL-CASTELLVI, CPA**<br>**URB. BUCARE**<br>**CALLE ZAFIRO #6**<br>**GUAYNABO, PR 00969** | **2006-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **EDUARDO FADHEL-CASTELLVI, CPA**<br>**URB. BUCARE**<br>**CALLE ZAFIRO #6**<br>**GUAYNABO, PR 00969** | **2006-2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **EDUARDO FADHEL-CASTELLVI, CPA**<br>**URB. BUCARE**<br>**CALLE ZAFIRO #6**<br>**GUAYNABO, PR 00969** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

---

| Debtor | **INMOBILIARIA BAFCO, INC.** | Case number *(if known)* |
|---|---|---|

☐ None

**Name and address**

| 26d.1. | BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
|---|---|
| 26d.2. | BANK OF AMERICA<br>C/O MERYLL LYNCH<br>CALLE 2 #15 SUTIE 210<br>METRO OFFICE PARK<br>GUAYNABO, PR 00968 |
| 26d.3. | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| 26d.4. | BANESCO<br>255 PONCE DE LEON AVE.<br>SUITE  124<br>SAN JUAN, PR 00917 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| FERNANDO A. BATLLE | COND. PLAZA ATHENEE<br>101 AVE. ORTEGON<br>A<br>101 AVE. ORTEGON  APTO. 301<br>GUAYNABO, PR 00966 | PRESIDENTE | 25% |
| MARGARITA TORO DE FIGUEROA | URB. TORRIMAR<br>10-29<br>PASEO ALHAMBRA<br>GUAYNABO, PR 00966 | VICE-PRESIDENT | 25% |
| MARIO M. ORONOZ | URB. TORRIMAR<br>K-4  BAMBOO DRIVE<br>GUAYNABO, PR 00966 | SECRETARIO | 25% |
| DIEGO CHEVERE | MANSIONES DE TINTILLO HILLS<br>CALLE 3  #12<br>GUAYNABO, PR 00966 | TESORERO | 25% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor   **INMOBILIARIA BAFCO, INC.**                                      Case number (if known) _____

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                      Employer Identification number of the parent corporation

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                      Employer Identification number of the parent corporation

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 1, 2016**

Signature of individual signing on behalf of the debtor            **FERNANDO BATLLE**
                                                                    Printed name

Position or relationship to debtor   **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes



Sheet2

INMOBILIARIA BAFCO, INC.
PAYMENTS TO CREDITOR (90 DAYS PRIOR TO BANKRUPTCY)
FROM DECEMBER 31, 2015 TO MARCH 31, 2016

| DATE | CREDITOR | AMOUNT | TOTAL |
|------|----------|--------|-------|
| 12/31/15 | AEE | $23,414.69 | |
| 03/06/16 | AEE | $20,201.94 | |
| 03/27/16 | AEE | $24,508.93 | |
| | | | $68,125.56 |
| 01/25/16 | ONE SOURCE FAC. SERV. | $7,596.77 | |
| | | | $7,596.77 |

## United States Bankruptcy Court
### District of Puerto Rico

In re   INMOBILIARIA BAFCO, INC.

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 1, 2016

FERNANDO BATLLE/PRESIDENT
Signer/Title

INMOBILIARIA BAFCO, INC.
PO BOX 11930
SAN JUAN, PR 00922

DELTA DENTAL OF PR, INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE 200
GUAYNABO, PR 00968

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CARMEN D. CONDE TORRES
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

JI COMMUNICATION, INC.
METRO OFFICE PARK
CALLE 2  #14
GUAYNABO, PR 00968

AWS CARIBBEAN
UNKNOWN

DEPARTAMENTO DE JUSTICIA DE PR
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

LIFE LINK FOUNDATION, INC.
METRO OFFICE PARK
CALLE 1  #1  SUITE 100
GUAYNABO, PR 00968

BANCO POPULAR DE PR
SPECIAL LOAN DIVISION
PO BOX 70354
SAN JUAN, PR 00936-8354

DIEGO CHEVERE
MANSIONES DE TINTILLO HILLS
12  CALLE 3
GUAYNABO, PR 00966

MARGARITA TORO DE FIGUERO
URB. TORRIMAR
10 - 29  PASEO ALHAMBRA
GUAYNABO, PR 00966

BBDO
METRO OFFICE PARK
CALLE 2  #14  SUITE 400
GUAYNABO, PR 00968

FERNANDO BLATLLE
COND PLAZA ATHENEE
101 AVE. ORTEGON  APT# 301
GUAYNABO, PR 00966

MARIO M. ORONOZ
URB. TORRIMAR
K-4  BAMBOO DRIVE
GUAYNABO, PR 00966

BORINQUE CONTAINER CORP.
PO BOX 145170
ARECIBO, PR 00614-5170

FLUOR DANIEL CARIBBEAN, INC
METRO OFFICE PARK
CALLE 2 #14 SUITE 500
GUAYNABO, PR 00968

MARKUP LANGUAGE DEVLMET.
UNKNOWN

COR VEL
METRO OFFICE PARK
CALLE 2  #14  SUITE 101
GUAYNABO, PR 00968

FLUOR DANIEL CARIBBEAN, INC.
METRO OFFICE PARK
CALLE 2 #14 SUITE 500
GUAYNABO, PR 00968

MCGRAW-HILL INTERAMERICAN/
METRO OFFICE PARK
CALLE 2  #14  SUITE 100
GUAYNABO, PR 00968

COR VEL HEALTH CORP.
METRO OFFICE PARK
CALLE 2  #14  SUITE 101
GUAYNABO, PR 00968

INOVALON
4321 COLLINGTON ROAD
BOWIE, MD 20716

MEDDEV TECHNOLOGIES
1353 AVE. LUIS VIGOREAUX
PMB  392
GUAYNABO, PR 00966

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

METRO OFFICE PARK PROPER1
METRO OFFICE PARK
CALLE 2  #14  SUITE 324
GUAYNABO, PR 00968

MILLER COORS PR, INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE 300
GUAYNABO, PR 00968

PREPA
PO BOX 363508
SAN JUAN, PR 00936-3508

WARNER BROS., INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE 105
GUAYNABO, PR 00968

NOVO NORDISK
METRO OFFICE PARK
CALLE 2  #14  SUITE  212
GUAYNABO, PR 00968

RCM TECHNOLOGIES, INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE  320
GUAYNABO, PR 00968

OMNI REALTY PARTNERS CORP.
METRO OFFICE PARK
CALLE 2  #14  SUITE 305
GUAYNABO, PR 00968

REGUS BUSINESS CENTRE OF PR., INC.
METRO OFFICE PARK
CALLE 1  #7  SUITE 204
GUAYNABO, PR 00968-1705

ONE SOURCE FACILITY SERV., INC.
ROAD #189  KM. 3.3  BO. RINCON
TURABO IND. PARK  LOT 2B
GURABO, PR 00778

SAMUEL FLORES   A/C
HC-01 BOX 11060
CAROLINA, PR 00987

ONESOURCE FACILITY SERV.
PO BOX 935457
ATLANTA, GA 31193-5457

SCIENTIFIC GAMES
EL MUNDO OFFICE BUILDING
383 AVE. F.D. ROOSEVELT  SUITE 109
SAN JUAN, PR 00918

PARCOM
PO BOX 466
BAYAMON, PR 00960-0466

SKY ELECTRICAL & MAINTENANCE SERV., INC.
PO BOX 6293
CAGUAS, PR 00726

PHARMA IND. ASSOC. OF PR, INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE  350
GUAYNABO, PR 00968

THYSSEN KRUPP ELEVATOR AMERICAS
CARR #1 KM. 25.5 CAMINOS LOS NAVARROS
BO. QUEBRADA ARENAS
CAGUAS, PR 00725

PHARMA. IND. ASSOC. OF PR, INC.
METRO OFFICE PARK
CALLE 2  #14  SUITE  350
GUAYNABO, PR 00968

UNIVERSAL EQUIPMENT SALES & SERVICES
PO BOX 194048
SAN JUAN, PR 00919-4048

PIETRANTONI MENDEZ & ALVAREZ
BANCO POPULAR CENTER  PISO 19
208 PONCE DE LEON AVE.
SAN JUAN, PR 00918

US DEPARTAMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530-0001