IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>INMOBILIARIA BAFCO, INC.<br><br>DEBTOR | CASE NO.: 16-02642<br><br>CHAPTER 11 |

MOTION IN COMPLIANCE WITH PR LBR 4002-1(d)

TO THE HONORABLE COURT:

COMES NOW, INMOBILIARIA BAFCO, INC., Debtor herein, through the undersigned attorney, and very respectfully STATES and PRAYS:

1. On this same date, Inmobiliaria Bafco, Inc., filed the bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code. Since then, it has been managing its affairs and operating its business as debtor in possession pursuant to the provisions of sections §1107 and § 1108 the Bankruptcy Code.

2. PR LBR 4002-1(d) requires that the Debtor inform the name, title and address of the person who will act on behalf the Debtor in the above captioned case.

3. In compliance with the PR LBR 4002-1(d) requirements, the Debtor herein informs this Honorable Court the following:

   a. The persons to act on behalf the debtor are its President, Mr. Fernando Batlle and its Secretary, Mr. Mario Oronoz.

b.  Their postal address are: Cond. Athenee, No. 101, 301 Ortegón Avenue, Guayanbo, PR 00966 and Metro Office Park, Calle 2 #14, Suite 305, Guayanbo, PR 00968, respectively.

**WHEREFORE**, the debtor herein respectfully requests this Honorable Court to take notice of its compliance with the requirements of PR LBR 4002-1(d).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 4th day of April, 2016.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the participants appearing in said record including the US Trustee.

**C. CONDE & ASSOC.**
*/S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
(USDC No. 207312)
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*