# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>INMOBILIARIA BAFCO, INC.<br><br>Debtor | CASE NO: 16-02642 (MCF)<br><br>CHAPTER 11 |

## MOTION REQUESTING ORDER AUTHORIZING MAINTENANCE OF PRE-PETITION BANK ACCOUNT AT BANCO POPULAR DE PUERTO RICO

**TO THE HONORABLE COURT:**

**COMES NOW**, Inmobiliaria Bafco, Inc., hereinafter the Debtor, through its undersigned attorney, and very respectfully states and prays as follows:

1. On April 4, 2016 the above captioned Debtor filed a petition under the provisions of Chapter 11 of the Bankruptcy Code. See **Exhibit No. 1**, Notice of Filing.

2. The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to 11 USC 1107 and 1108. Debtor's business is real estate and its income is rental income.

3. Prior to the petition, Debtor maintained two pre-petition bank accounts:

    a) Operational Account - Banco Popular de Puerto Rico (Account No. 131407929),

    b) Rent Deposits Account - Banco Popular de Puerto Rico (Account No. 165252162)

4. As a result of the bankruptcy petition and in compliance with the Guidelines of the US Trustee's office, the Debtor must closed the pre-petition accounts and open new DIP accounts.

5. Regarding the Rent Deposits Account No. 165252162 at Banco Popular de Puerto Rico, the Debtor seeks this Honorable Court's authorization to maintain this account active for

at least the next 45 days because all tenants deposit their monthly installment in this account, through direct deposits. This requested extension is in the benefit of the Debtor, the estate and its creditors. It will assure the continued operations in an organized fashion.

6. By this motion, the Debtor seeks the entry of an Order authorizing the maintenance and continued use of its BPPR account's No. 165252162 for direct deposits only, at least for the next 45 days, in order to continue operations without interruptions that may imperil Debtor's business and monthly strain of income.

7. Due to the urgent and need of this matter and the Debtor's immediate need to continue receiving the direct rent deposits, the Debtor requests that the objection period be reduced to three (3) days pursuant to FRBP 9006 (c).

## NOTICE

Within three (3) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE**, the Debtor respectfully requests this Court to authorize the maintenance of the existing bank rent deposits account number 165252162 at BPPR for the sole purpose of direct rent deposits, for at least the next 45 days. Debtor further requests that the objection period be reduced to three (3) days.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th of April, 2016.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee and by first class mail to all creditors and parties in interest as per the Master Address List herein attached.

- **CARMEN D CONDE TORRES**   notices@condelaw.com
- **MONSITA LECAROZ ARRIBAS**   ustpregion21.hr.ecf@usdoj.gov

        **C. CONDE & ASSOC.**
        */S/Carmen D. Conde Torres*
        Carmen D. Conde Torres, Esq.
        (USDC No. 207312)
        254 San José Street, 5th Floor
        Old San Juan, Puerto Rico 00901-1523
        Telephone: 787-729-2900
        Facsimile: 787-729-2203
        E-Mail: *condecarmen@condelaw.com*

United States Bankruptcy Court
District of Puerto Rico



## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/04/2016 at 5:47 PM and filed on 04/04/2016.

**INMOBILIARIA BAFCO, INC.**
METRO OFFICE PARK
CALLE 1 #7
SUITE 204
GUAYNABO, PR 00968
Tax ID / EIN: 66-0660363

The case was filed by the debtor's attorney:

**CARMEN D CONDE TORRES**
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900

The case was assigned case number 16-02642-11.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.prb.uscourts.gov or at the Clerk's Office, Jose V Toledo Fed Bldg & US Courthouse, 300 Recinto Sur Street, Room 109, San Juan, PR 00901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**MARIA DE LOS ANGELES GONZALEZ**
**Clerk, U.S. Bankruptcy Court**

```
Label Matrix for local noticing        INMOBILIARIA BACOT INC.              US Bankruptcy Court District of P.R.
0104-3                                 METRO OFFICE PARK                    Jose V Toledo Fed Bldg & US Courthouse
Case 16-02642-MCF11                    CALLE 1  #7                          300 Recinto Sur Street, Room 109
District of Puerto Rico                SUITE 204                            San Juan, PR 00901-1964
Old San Juan                           GUAYNABO, PR 00968-1718
Wed Apr 13 10:30:54 AST 2016

BANCO POPULAR DE PR                    BBDO                                 BORINQUE CONTAINER CORP.
SPECIAL LOAN DIVISION                  METRO OFFICE PARK                    PO BOX 145170
PO BOX 70354                           CALLE 2  #14  SUITE 400              ARECIBO, PR 00614-5170
SAN JUAN, PR 00936-8354                GUAYNABO, PR 00968-1737


COR VEL                                COR VEL HEALTH CORP.                 CRIM
METRO OFFICE PARK                      METRO OFFICE PARK                    PO BOX 195387
CALLE 2  #14  SUITE 101                CALLE 2  #14  SUITE 101              SAN JUAN, PR 00919-5387
GUAYNABO, PR 00968-1720                GUAYNABO, PR 00968-1720


DELTA DENTAL OF PR, INC.               DEPARTAMENTO DE HACIENDA             DEPARTAMENTO DE JUSTICIA DE PR
METRO OFFICE PARK                      PO BOX 9024140                       FEDERAL LITIGATION DIVISION
CALLE 2  #14  SUITE 200                SAN JUAN, PR 00902-4140              PO BOX 9020192
GUAYNABO, PR 00968-1735                                                     SAN JUAN, PR 00902-0192


DIEGO CHEVERE                          FERNANDO BLATLLE                     FLUOR DANIEL CARIBBEAN, INC
MANSIONES DE TINTILLO HILLS            COND PLAZA ATHENEE                   METRO OFFICE PARK
12  CALLE 3                            101  AVE. ORTEGON  APT# 301          CALLE 2 #14 SUITE 500
GUAYNABO, PR 00966-1693                GUAYNABO, PR 00966-2522              GUAYNABO, PR 00968-1738


INOVALON                               IRS                                  IRS
4321 COLLINGTON ROAD                   CITIVIEW PLAZA NO II                 PO BOX 7346
BOWIE, MD 20716-2646                   48 CARR 165 SUITE 2000               PHILADELPHIA, PA 19101-7346
                                       GUAYNABO, PR 00968-8000


JI COMMUNICATION, INC.                 LIFE LINK FOUNDATION, INC.           MARGARITA TORO DE FIGUEROA
METRO OFFICE PARK                      METRO OFFICE PARK                    URB. TORRIMAR
CALLE 2  #14                           CALLE 1  #1  SUITE 100               10 - 29  PASEO ALHAMBRA
GUAYNABO, PR 00968-1706                GUAYNABO, PR 00968-1729              GUAYNABO, PR 00966


MARIO M. ORONOZ                        MCGRAW-HILL INTERAMERICANA           MEDDEV TECHNOLOGIES
URB. TORRIMAR                          METRO OFFICE PARK                    1353 AVE. LUIS VIGOREAUX
K-4  BAMBOO DRIVE                      CALLE 2  #14  SUITE 100              PMB  392
GUAYNABO, PR 00966-3144                GUAYNABO, PR 00968-1720              GUAYNABO, PR 00966-2715


METRO OFFICE PARK PROPERTY OWNERS ASSOC.   MILLER COORS PR, INC.            NOVO NORDISK
METRO OFFICE PARK                      METRO OFFICE PARK                    METRO OFFICE PARK
CALLE 2  #14  SUITE 324                CALLE 2  #14  SUITE 300              CALLE 2  #14  SUITE  212
GUAYNABO, PR 00968-1706                GUAYNABO, PR 00968-1720              GUAYNABO, PR 00968-1720


OMNI REALTY PARTNERS CORP.             ONE SOURCE FACILITY SERV., INC.      ONESOURCE FACILITY SERV.
METRO OFFICE PARK                      ROAD #189 KM. 3.3 BO. RINCON         PO BOX 935457
CALLE 2  #14  SUITE 305                TURABO IND. PARK  LOT 2B             ATLANTA, GA 31193-5457
GUAYNABO, PR 00968-1751                GURABO, PR 00778
```

```
PARCOM                           PHARMA. IND. ASSOC. OF PR, INC.   PIETRANTONI MENDEZ & ALVAREZ
PO BOX 466                       METRO OFFICE PARK                 BANCO POPULAR CENTER  PISO 19
BAYAMON, PR 00960-0466           CALLE 2  #14  SUITE  350          208 PONCE DE LEON AVE.
                                 GUAYNABO, PR 00968-1779           SAN JUAN, PR 00918-1010


PREPA                            RCM TECHNOLOGIES, INC.            REGUS BUSINESS CENTRE OF PR., INC.
PO BOX 363508                    METRO OFFICE PARK                 METRO OFFICE PARK
SAN JUAN, PR 00936-3508          CALLE 2  #14  SUITE  320          CALLE 1  #7  SUITE 204
                                 GUAYNABO, PR 00968-1720           GUAYNABO, PR 00968-1718


SAMUEL FLORES  A/C               SCIENTIFIC GAMES                  SKY ELECTRICAL & MAINTENANCE SERV., INC.
HC-01 BOX 11060                  EL MUNDO OFFICE BUILDING          PO BOX 6293
CAROLINA, PR 00987-9653          383 AVE. F.D. ROOSEVELT  SUITE 109  CAGUAS, PR 00726-6293
                                 SAN JUAN, PR 00918


THYSSEN KRUPP ELEVATOR AMERICAS  UNIVERSAL EQUIPMENT SALES & SERVICES  US DEPARTAMENT OF JUSTICE
CARR #1 KM. 25.5 CAMINOS LOS NAVARR  PO BOX 194048                 950 PENNSYLVANIA AVE., NW
BO. QUEBRADA ARENAS              SAN JUAN, PR 00919-4048           WASHINGTON, DC 20530-0001
CAGUAS, PR 00725


WARNER BROS., INC.               CARMEN D CONDE TORRES             MONSITA LECAROZ ARRIBAS
METRO OFFICE PARK                254 SAN JOSE STREET               OFFICE OF THE US TRUSTEE (UST)
CALLE 2  #14  SUITE 105          5TH FLOOR                         OCHOA BUILDING
GUAYNABO, PR 00968-1788          SAN JUAN, PR 00901-1523           500 TANCA STREET  SUITE 301
                                                                   SAN JUAN, PR 00901



          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AWS CARIBBEAN                 (d)FLUOR DANIEL CARIBBEAN, INC.   (u)MARKUP LANGUAGE DEVLMET.
UNKNOWN                          METRO OFFICE PARK                 UNKNOWN
                                 CALLE 2  #14 SUITE 500
                                 GUAYNABO, PR 00968-1738


(d)PHARMA. IND. ASSOC. OF PR, INC.   End of Label Matrix
METRO OFFICE PARK                Mailable recipients    44
CALLE 2  #14  SUITE  350         Bypassed recipients     4
GUAYNABO, PR 00968-1779          Total                  48
```