IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

INMOBILIARIA BAFCO, INC.

XXX-XX0363

Debtor(s)

CASE NO. 16-02642 MCF

Chapter 11

**FILED & ENTERED ON 4/14/2016**

## ORDER AND NOTICE

Debtor's motion for use of cash collateral (Docket No. 9) shall be GRANTED subject to no oppositions being filed by 5/2/2016 at 10:00 a.m. If an objection is timely filed, a hearing shall be scheduled on this matter on 5/10/2016 at 09:00 A.M. at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico.

SO ORDERED.

San Juan, Puerto Rico, this 14 day of April, 2016.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:  DEBTOR
    CARMEN D CONDE TORRES
    ALL CREDITORS