IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>INMOBILIARIA BAFCO, INC.<br><br><br>Debtor(s) | CASE NO. 16-02642 MCF<br>Chapter 11<br><br>**FILED & ENTERED ON 4/14/2016** |

**O R D E R**

A **STATUS CONFERENCE** is hereby scheduled for **6/15/2016 at 09:00 A.M.** before the undersigned, at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to further the expeditious and economical resolution of the case. Seven (7) days prior to the status conference, counsel for Debtor(s) shall file a report including the following:

1. describe the nature of Debtor(s) business;
2. describe the reason for filing the petition;
3. state whether this is a small business case as defined in 11 U.S.C. 101(51C);
4. establish a time-table for filing a disclosure statement and/or plan;
5. give an estimate of all professional fees which are expected to accrue in this case;
6. identify anticipated significant events in the case; and,
7. discuss the need for future status conferences.

The Clerk will give immediate notice of this order to Debtor, its Counsel, the U.S. Trustee and all creditors as per the current master address list.

San Juan, Puerto Rico, this April 14, 2016.

*Mildred Caban*

**Mildred Caban Flores**
**U.S. Bankruptcy Judge**

c: ALL CREDITORS
U.S. TRUSTEE